U.S. DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN
OFFICE OF THE CLERK
120 NORTH HENRY STREET, ROOM 320
MADISON, WI 53703
(608) 264-5156

DATE:   September 2, 2016

TO:   Michael Stevenson

RE:   04-cr-172-jdp

In response to your request for copies in the above-captioned matter, please use the enclosed courtesy copy of the docket sheet to determine which documents you would like copies of. Upon receipt of your request for specific documents, we will respond with the total number of pages you have requested and the fee for copying.

Copies cost $.10 per page with payment due in advance in the form of a check or money order payable to Clerk, U.S. District Court.

PETER OPPENEER, CLERK

Please detach and Include with your payment
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Name: _____

Case #/Case Name: _____

Copies Requested (Docket #) _____

Number of Pages _____ x  $.10  =  $ _____